IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NUMBER:

v.

ANDRE DELANEY THOMPSON,
a/k/a "Yellow,"
CLARENCE DARNELL MARSHALL,
a/k/a "City Red,"
DEARMUS CEZHAN LOVETT,
NACOLA MONIQUE BROWN,
a/k/a "CoCo,"
JUAN ANTRELL WASHINGTON,
WILLIE CHARLES CARTER, JR.,
a/k/a "Kite,"
JAQUANA ADELINE MCPHEE,
a/k/a "Black,"
and
KINZIE DECARLOS THOMAS,
a/k/a "K.D."

1:08CR4 MMP/AK

_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United State of America requests this Court to issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendant has not been arrested as a result of the activities alleged in the indictment. The current whereabouts of the defendant are unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall

provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the defendant(s) before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

*[signature]*

F. T. Williams
Assistant United States Attorney
Florida Bar No. 0936219
300 East University Avenue
Suite 310
Gainesville, FL 32601-3330

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 26 day of February, 2008.

*[signature]*

UNITED STATES MAGISTRATE JUDGE