IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO. 1:08-cr-00004-MP-AK

WILLIE CHARLES CARTER, CLARENCE
MARSHALL, ANDRE THOMPSON,
DEARMUS LOVETT, NACOLA BROWN,
JUAN WASHINGTON, JAQUANA MCPHEE,
and KINZIE THOMAS

    Defendants.
_____/

## O R D E R

A telephone conference was held regarding the trials or sentencings of the above individuals. The pending were a motion to continue trial, doc. 133, by Mr. Carter, and a motion to continue sentencing, doc. 136, by Mr. Lovett. During the hearing, defendants Carter, Marshall, Brown, Washington, McPhee, and Thomas consented to the continuation of their trial and thus waived their speedy trial rights with regard to the period of the continuance. The trials of defendants Carter, Marshall, Brown, Washington, McPhee, and Thomas are hereby reset for the trial term beginning Tuesday, August 5, 2008. The sentencings of Mr. Thompson and Mr. Lovett will be reset by separate notice.

    **DONE AND ORDERED** this _24th_ day of June, 2008

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge