IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:08-cr-00004-MP-AK

ANDRE DELANEY THOMPSON,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 164, a Writ of Habeas Corpus Ad Testificandum issued by the Eighth Judicial Circuit Court in Levy County, Florida, seeking to have Mr. Thompson testify in a state court trial on August 29, 2008. A telephonic hearing was held on August 21, 2008. The government and the attorney for Mr. Thompson in this federal case do not object. The United States Marshals Service is directed to temporarily release custody of Andre Thompson to the Levy County Sheriff's Office for the purpose of giving testimony during the trial referred to in the Writ at the Levy County Courthouse, Bronson, Florida, on August 29, 2008, at 10:00 a.m.

After coordinating with the United States Marshals Service, the Levy County Sheriff's Office will responsible for transporting Andre Thompson from the Alachua County Jail in Gainesville, Florida, and then for returning Mr. Thompson to the Alachua County Jail the same day. The Levy County Sheriff's Office will also be responsible for any cost incurred while Thompson is in their custody.

**DONE AND ORDERED** this *27th* day of August, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge